UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81151-CV-ROSENBERG
(15-80005-CR-ROSENBERG)
MAGISTRATE JUDGE REID

DARRYL PETERKINE,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent
_____/

## **REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

This matter is before the Court on *pro se* Movant's Motion for Voluntary Dismissal. [ECF 9]. This cause has been referred to the Undersigned for Report and Recommendation on any dispositive matter pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Fla. Admin. Order 2019-2. [ECF 2].

Movant seeks to voluntarily dismiss his Motion to Vacate [ECF 1] and seek experienced counsel to assist him in filing a future action. [ECF 9]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The effect of such is a dismissal without prejudice. *See* Fed. R. Civ. P. 41(a)(2).

Movant's dismissal should be without prejudice so that Movant may file a later motion to vacate pursuant to 28 U.S.C. § 2255 without needing to first seek authorization to file a second or successive motion pursuant to 28 U.S.C. § 2244(b). *See Dunn v. Singletary*, 168 F.3d 440, 441 (11th Cir. 1991). *See also Weeks v. United States*, 382 F. App'x 845, 849-50 (11th Cir. 2010) ("Petitioner's § 2255 motion is not successive under § 2244(b) because his first and only other § 2255 motion was dismissed without prejudice.").

Movant is cautioned that any future motion to vacate filed pursuant to 28 U.S.C. § 2255 must be filed within the one-year statute of limitations found in 28 U.S.C. § 2255(f) and this action does not toll or extend this time-period. *See Jones v. United States*, 304 F.3d 1035, 1040-41 (11th Cir. 2002) (citations omitted).

Thus, it is **RECOMMENDED** that Movant's Motion for Voluntary Dismissal [ECF 9] be **GRANTED**, the Motion to Vacate [ECF 1] be **DISMISSED WITHOUT PREJUDICE**, and this case be **CLOSED** by the Clerk of Court.

Objections to this Report and Recommendation may be filed with the District Judge within fourteen days of receipt of a copy of such. Failure to do so will bar a *de novo* determination by the District Judge of anything in the Report and Recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C). *See also Thomas v. Arn,* 474 U.S. 140, 149 (1985).

**SIGNED** this 20th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

cc: **Darryl Peterkine**
53767-004
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521
PRO SE

**Noticing 2255 US Attorney**
Email: usafls-2255@usdoj.gov

**Aurora Fagan**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: aurora.fagan@usdoj.gov